People v Vinent (2025 NY Slip Op 06291)

People v Vinent

2025 NY Slip Op 06291

Decided on November 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 18, 2025

Before: Kern, J.P., Scarpulla, Friedman, O'Neill Levy, Chan, JJ. 

Ind. No. 4710/13|Appeal No. 5191|Case No. 2017-1330|

[*1]The People of the State of New York, Respondent,
v
Pedro Vinent, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (David A. Crow of counsel), and
Davis, Polk & Wardwell LLP, New York (Elaine Marx of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Hunter Baehren of counsel), for respondent.

Appeal from judgment of resentence, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered October 7, 2016, resentencing defendant, upon his conviction of criminal possession of a weapon in the third degree, to a jail term of 364 days, unanimously dismissed.
Defendant's argument that his conviction of criminal possession of a weapon in the third degree should be vacated and dismissed in light of the 2019 amendment of Penal Law § 265.01(1) to remove possession of a gravity knife as grounds for conviction exceeds this Court's jurisdiction on appeal from a judgment of resentencing. As we stated in People v Golub (126 AD3d 401, 402 [1st Dept 2015], lv denied 26 NY3d 929 [2015]), "[u]nder CPL 450.30(3), an appeal 'from a resentence following an order vacating the original sentence,' is considered an 'appeal from a sentence[,]' . . . which may be based only 'upon the ground that such sentence either was (a) invalid as a matter of law, or (b) harsh or excessive.'" Because defendant raises no claim that may be reviewed on appeal from a judgment of resentence, we dismiss the appeal. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 18, 2025